CITY FEDERAL SAVINGS AND LOAN ASSOCIATION
v. BENJAMIN JACOBS.

September 5, 1984.

Petition for certification denied.

STATE OF NEW JERSEY v. WILLIAM CHRISTENSEN.

September 5, 1984.

Petition for certification denied.

LEON & HELEN BACZEWSKI v. STATE OF NEW JERSEY,
DEPARTMENT OF HUMAN SERVICES, DIVISION OF
MENTAL RETARDATION.

September 5, 1984.

Petition for certification granted.

S.G. FRANTZ CO., INC. v. DIRECTOR,
DIVISION OF TAXATION.

September 18, 1984.

Petition for certification denied.